# Stale Check Report

**Trustee:** HAROLD P. BULAN (521350)
**Case:** 08-12682 - SCHERER, TERESA A.

| Account No. | Check No. | Issued | Payee | Check Amount |
|---|---|---|---|---|
| 312-2210444-66 | 106 | 01/12/10 | U.S. Bankruptcy Court | $647.46 |

| Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 103 | 09/18/08 | 610 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | 27,809.79 | 27,809.79 | 647.46 | 647.46 |

(*) Denotes objection to Amount Filed

11089223
647.46
ft
1/19/10

FILED JAN 19 2010 BANKRUPTCY COURT BUFFALO, N.Y.